# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUKHWINDER SINGH**<br>**2350 Ferguson Road**<br>**Mansfield OH 44906**<br><br>**BALWINDER KAUR**<br>**2350 Ferguson Road**<br>**Mansfield OH 44906**<br><br>          **Plaintiffs**<br>**v.**<br><br>**EMILIO T. GONZALEZ, Director**<br>**U.S. Citizenship and Immigration Services,**<br>**In his official capacity as well as his successors**<br>**and assigns,**<br>**20 Massachusetts Avenue, N.W.**<br>**Washington, DC 20529**<br><br>**SUSAN DIBBINS, District Director**<br>**Washington Field Office**<br>**U.S. Citizenship & Immigration Service,**<br>**In her official capacity as well as her successors**<br>**and assigns,**<br>**2675 Prosperity Avenue**<br>**Fairfax, VA 22031**<br><br>**MICHAEL CHERTOFF, Secretary**<br>**U.S. Department of Homeland Security,**<br>**In his official capacity as well as his successors**<br>**and assigns,**<br>**425 Murray Drive, Building 410**<br>**Washington, DC 20528**<br><br>**ROBERT S. MUELLER, Director**<br>**Federal Bureau of Investigation,**<br>**In his official capacity as well as his  successors**<br>**and assigns,**<br>**J. Edgar Hoover Building**<br>**935 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20535**<br><br>          **Defendants** | **Civil No.** |

## MANDAMUS COMPLAINT FOR DECLARATORY
## AND INJUNCTIVE RELIEF

The Plaintiffs, SUKHWINDER SINGH, and BALWINDER KAUR, by counsel,

complain of the Defendants, EMILIO T. GONZALEZ, Director, U.S. Citizenship & Immigration

Services; SUSAN DIBBINS, District Director, Washington Field Office, U.S. Citizenship &

Immigration Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland

Security; and ROBERT S. MUELLER, Director, Federal Bureau of Investigation, as follows:

### PREFATORY STATEMENT

1. This is a mandamus action for declaratory and injunctive relief to compel the

Defendants and those acting under them to immediately and forthwith take all appropriate

actions to adjudicate Plaintiff Balwinder Kaur's Petition for Alien Relative, Form I-130, filed on

behalf of her husband, Sukhwinder Singh, pursuant to 8 U.S.C. § 1154, and Plaintiff Sukhwinder

Singh's application for adjustment of status, Form I-485, filed pursuant to 8 U.S.C. § 1255,

which were properly filed and received by the Defendants, the United States Department of

Homeland Security ("DHS"), United States Citizenship & Immigration Services ("USCIS"), on

April 18, 2002. *See* Exh. 1 (Receipt Notices from USCIS). The I-130 petition for alien relative

and the application for adjustment of status remain pending within the jurisdiction of the

Defendants, who have improperly withheld action and adjudication for over five years, to the

detriment of the rights and privileges of the Plaintiffs, Ms. Kaur and Mr. Singh.

### I. JURISDICTION

2. This Court has jurisdiction pursuant to 8 U.S.C. § 1329 (jurisdiction of the

district courts) , 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1361 (action to

compel an officer of the United States to perform his duty) to redress the deprivation of rights,

privileges, and immunities secured to the Plaintiffs and to compel the Defendants to perform a

duty that the Defendants owe to the Plaintiffs.  Under 28 U.S.C. § 1361, "[t]he district courts

shall have original jurisdiction of any action in the nature of mandamus to compel an officer or

employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

    3.  Jurisdiction is also conferred by 5 U.S.C. § 704, the Administrative Procedures

Act ("APA").  An agency has a duty to conclude a matter presented to it within a "reasonable

time." 5 U.S.C. § 555(b).  "Accordingly, the scope of judicial review includes 'compel[ling]

agency action unlawfully withheld or unreasonably delayed.  [5 U.S.C.] § 706(1)." *Liu v. Novak*,

---F. Supp.2d---, 2007WL2460425 (D.D.C. 2007) ("[T]he Court does have jurisdiction over

plaintiff's APA claim that defendants have unreasonable delayed adjudicating his application.")

    4.  Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252,

does not deprive this Court of jurisdiction.  INA § 242(a)(5), 8 U.S.C. § 1252(a)(5) provides that

"a petition for review filed with an appropriate court of appeals in accordance with this section,

shall be the sole and exclusive means for judicial review of an order of removal entered or issued

under any provisions of this Act[.]"  As the present action is not an action to review a removal

order but simply an action to compel the Defendant USCIS to adjudicate a long and

unreasonably delayed I-130 petition for alien relative and the I-485 application for adjustment of

status, this Court retains original mandamus jurisdiction under 28 U.S.C. § 1361.  Furthermore,

INA § 242(a)(2)(B), 8 U.S.C. § 1252(a)(2)(B), provides that no court shall have jurisdiction to

review either (i) "any judgment regarding the granting of" various forms of relief from removal,

or (ii) "any other decision or action  of the Attorney General or the Secretary of Homeland

Security the authority for which is specified…to be in the discretion of the Attorney General or the Secretary of Homeland Security[.]" Because "the failure to adjudicate" a properly filed petition for alien relative and application for adjustment of status is neither a judgment regarding the granting of relief from removal nor a decision or action that is specified to be in the discretion of the Attorney General or the Secretary of Homeland Security, the Court retains original mandamus jurisdiction over this claim. *See Liu v. Novak*, *supra* ("[T]he Court concludes that § 1252(a)(2)(B)(ii) does not eliminate this Court's jurisdiction over plaintiff's claim.")

## II. VENUE

5.    Venue is proper under 28 U.S.C. § 1391(e) because this is an action brought against officers and agencies of the United States in their official capacities, brought in the district where three of the Defendants maintain their offices and where a substantial part of the events or omissions giving rise to the Plaintiffs' claim occurred.

## III. PARTIES

6.    The Plaintiff Balwinder Kaur is a U.S citizen who resides at 2350 Ferguson Road, Mansfield, OH 44906. The Plaintiff Sukhwinder Singh is a national of India, spouse of Plaintiff Balwinder Kaur, and resides at the same address. Plaintiff Balwinder Kaur filed with the Defendant USCIS on behalf of her husband an I-130 petition for alien relative pursuant to 8 U.S.C. § 1154 on April 18, 2002, to qualify her husband as an immediate relative under 8 U.S.C. § 1151(b)(2)(A)(i). Plaintiff Sukhwinder Singh filed with the Defendant USCIS on April 18, 2002, an application for adjustment of status pursuant to 8 U.S.C. § 1255 (Form I-485).

The USCIS expressly authorizes that both the I-130 petition for alien relative and the I-485 application for adjustment of status may be submitted concurrently.

7. The Defendant EMILIO T. GONZALEZ is the Director of USCIS who is also sued in his official capacity, as well as his successors and assigns. The USCIS is assigned the adjudication of immigrant visa petitions, including I-130 petitions for alien relative such as the one filed by Plaintiff Balwinder Kaur, as well as I-485 applications for adjustment of status to permanent residence filed pursuant to 8 U.S.C. § 1255.

8. The Defendant SUSAN DIBBINS is the District Director of the USCIS Washington Field Office, who is sued in her official capacity, as well as her successors and assigns. Plaintiffs have filed their respective petition for alien relative and application for adjustment of status with that office and that office retains jurisdiction over the application. The USCIS, through its Washington Field Office, has a mandatory duty to act on the application for adjustment of status within a reasonable time.

9. The Defendant MICHAEL CHERTOFF is the Secretary of the U.S. Department of Homeland Security ("DHS"). He is sued in his official capacity, as well as his successors and assigns. The DHS oversees the operations of the Defendant USCIS.

10. The Defendant ROBERT S. MUELLER is the Director of the Federal Bureau of Investigation ("FBI"). He is sued in his official capacity, as well as his successors and assigns. The FBI's duties are to ensure the timely completion of all requests for security background checks from the USCIS.

## IV. CAUSE OF ACTION

### A. Background Facts

11.  Plaintiff Balwinder Kaur is a naturalized U.S. citizen. *Exh. 2.* She and Plaintiff

Sukhwinder Singh were married on January 22, 2002. *Exh.3.* On April 18, 2002, Plaintiff

Balwinder Kaur filed with USCIS a petition for alien relative, Form I-130, pursuant to 8 U.S.C. §

1154, to qualify her husband as an immediate relative pursuant to 8 U.S.C. § 1151(b)(2)(A)(i).

Concurrently with the petition for alien relative, and in the same package of documents, Plaintiff

Sukhwinder Singh filed with USCIS his application for adjustment of status to permanent

resident under 8 U.S.C. §1255(a).  The petition/application were filed in person with the

Defendant USCIS Washington Field Office, which immediately issued a receipt notice (*Exh. 1*)

and a routine fingerprinting appointment notice for Plaintiff Sukhwinder Singh. *Exh. 4.* Plaintiff

Sukhwinder Singh complied with the fingerprinting appointment.  Additionally, USCIS

Washington Field Office issued on April 18, 2002 an interview notice for both Plaintiffs to

appear at their offices on January 16, 2003. *Exh. 5.* On that date, Plaintiffs were interviewed by

USCIS Officer June Williams.  Ms. Williams stated that Plaintiffs' marriage appeared to be bona

fide, but that a final decision could not be made on the application for adjustment of status to

permanent residence pending a final security background check.

12.  Plaintiffs, through counsel, have since made repeated inquiries regarding the

status of the I-130 petition for immediate relative and of the application for adjustment of status

to permanent residence with Defendants, to wit:

a.  A February 26, 2003 Attorney Inquiry with the USCIS Washington Field Office

which remains unanswered. *Exh. 6.*

b.  A March 14, 2003 Attorney Inquiry with the USCIS Washington Field Office which remains unanswered. *Exh. 7.*

c.  A July 14, 2003 Attorney Inquiry with the USCIS Washington Field Office which remains unanswered. *Exh. 8.*

d.  An inquiry through the American Immigration Lawyer's Association's ("AILA") representative to the USCIS Washington Field Office on July 14, 2003, who was to meet USCIS Robert Schofield on July 18, 2003. *Exh. 9.*  On July 31, 2003, the AILA representative called undersigned counsel to advise him that Plaintiff Sukhwinder Singh's background check remained pending. *Exh. 10.*

e.  An inquiry through the AILA representative to the USCIS Washington Field Office on August 13, 2003, who was to meet USCIS Robert Schofield on August 22, 2003. *Exh.11.* On August 25, 2003, the AILA representative responded to undersigned counsel by e-mail and advised him that Plaintiff Sukhwinder Singh's background check remained pending. *Exh. 12.*

f.  An inquiry through the AILA representative to the USCIS Washington Field Office on September 26, 2003. *Exh. 13.*  There was no response to that inquiry.

g.  An inquiry through the AILA representative to the USCIS Washington Field Office on October 21, 2003, who was to meet USCIS Robert Schofield on November 7, 2003. *Exh. 14.*  On November 18, 2003, the AILA representative responded to undersigned counsel by e-mail and advised him that Plaintiff Sukhwinder Singh's background check remained pending. *Exh. 15.*

h.  An inquiry through the AILA representative to the USCIS Washington Field Office on November 19, 2003, inquiring how long the background checks are taking. *Exh. 16.* That inquiry remained unanswered.

i.  A letter sent to the USCIS Washington Field Office by certified mail, received on December 16, 2003, advising USCIS of Plaintiffs' new address and asking for the adjudication of their petition/application. *Exh. 17.*

j.  An inquiry through the AILA representative to the USCIS Washington Field Office on January 7, 2004. *Exh. 18.*  On January 20, 2004, the AILA representative responded to undersigned counsel by e-mail and advised him that Plaintiff Sukhwinder Singh's name check remained pending. *Exh. 19.*

k.  An inquiry through the AILA representative to the USCIS Washington Field Office on February 18, 2004. *Exh. 20.*   On February 19, 2004, the AILA representative responded to undersigned counsel by e-mail and advised him that Plaintiff Sukhwinder Singh's background check remained pending, and inquiring whether Plaintiff Singh had received a new fingerprint appointment, which he had not. *Exh. 21.*  On February 21, 2004, undersigned counsel advised the AILA representative that Plaintiff Singh had not received a new fingerprinting appointment and asked her to request one from the Defendant USCIS. *Exh. 22.*

l.  An inquiry through the AILA representative to the USCIS Washington Field Office on April 30, 2004. *Exh. 23.*  On May 2, 2004, the AILA representative responded to undersigned counsel by e-mail and advised him that a new fingerprinting appointment was to be sent by the USCIS to Plaintiff Sukhwinder Singh that same week. *Exh. 24.*

m. An inquiry through the AILA representative to the USCIS Washington Field Office on May 27, 2004, advising that Plaintiff Singh had not received a new fingerprinting appointment notice from USCIS. *Exh. 25.*

n. An inquiry through the AILA representative to the USCIS Washington Field Office on June 22, 2004, and advising that Plaintiff Singh had still not received a new fingerprinting appointment from USCIS. *Exh. 26.* On June 23, 2004, , the AILA representative responded to undersigned counsel that USCIS officer Robert Schofield had advised her that USCIS had changed its mind and that there was no need for a new fingerprinting appointment; rather, that he was waiting on the duplicate rap sheet. *Exh. 27.*

o. An inquiry through the AILA representative to the USCIS Washington Field Office on July 7, 2004. *Exh. 28.* On August 3, 2004, the AILA representative responded to undersigned counsel by e-mail and advised him that Plaintiff Sukhwinder Singh's name check remained pending. *Exh. 29.*

p. An inquiry through the AILA representative to the USCIS Washington Field Office on September 2, 2004. *Exh. 30.* There was no response to that inquiry.

q. An inquiry through the AILA representative to the USCIS Washington Field Office on September 17, 2004. *Exh. 31.* On September 17, 2004, the AILA representative responded to undersigned counsel by e-mail and advised him that Plaintiff Sukhwinder Singh's name check remained pending. *Exh. 32.*

r. An inquiry through the AILA representative to the USCIS Washington Field Office on October 19, 2004. *Exh. 33.* On November 12, 2004, the AILA representative

responded to undersigned counsel by e-mail and advised him that Plaintiff Sukhwinder Singh's name check remained pending. *Exh. 34.*

*s.* An inquiry through the AILA representative to the USCIS Washington Field Office on *December 8, 2004. Exh. 35.* There was no response to that inquiry.

t. A letter sent by undersigned counsel to USCIS officer Robert Schofield on December 8, 2004 by certified mail, received on December 9, 2004, requesting adjudication of the pending I-130 petition for alien relative and application for adjustment of status. *Exh. 36.*

u. An Attorney Inquiry to the USCIS Washington Field Office on December 10, 2004, which remains unanswered. *Exh. 37.*

*v.* An inquiry through the AILA representative to the USCIS Washington Field Office on January 14, 2005. *Exh.38.* There was no response to that inquiry.

*w.* An inquiry through the AILA representative to the USCIS Washington Field Office on February 24, 2005. *Exh. 39.* There was no response to that inquiry.

*x.* An inquiry through the AILA representative to the USCIS Washington Field Office on February 28, 2005. *Exh. 40.* There was no response to that inquiry.

*y.* An inquiry through the AILA representative to the USCIS Washington Field Office on March 21, 2005. *Exh. 41.* There was no response to that inquiry.

z. An e-mail from undersigned counsel to USCIS officer Billy Ingram. *Exh. 42.*

aa. A letter sent by certified mail on December 9, 2005 to USCIS officer Robert Schofield and received on December 12, 2005, inquiring about the status of the I-130 petition for alien relative and of the I-485 application for adjustment of status. *Exh. 43.*

bb. A letter sent by certified mail on March 31, 2006, to USCIS officer Robert Schofield and received on April 3, 2006, inquiring about the status of the I-130 petition for alien relative and of the application for adjustment of status. *Exh. 44.*

cc. An e-mail dated June 5, 2006 to USCIS former district director, Phyllis Howard, inquiring about the status of the I-130 petition for alien relative and of the application for adjustment of status. *Exh. 45.* Ms. Howard responded she was going to check with the support unit on the case. *Exh. 46.*

dd. An e-mail dated June 20, 2006, to USCIS former district director, Phyllis Howard, inquiring about the status of the I-130 petition for alien relative and of the application for adjustment of status. *Exh. 47.* Ms. Howard responded that the case was pending background check. *Exh. 48.*

ee. A letter to USCIS Examinations Section at the Washington Field Office sent by certified mail on July 5, 2006 and received on July 6, 2006, advising USCIS of Plaintiffs' new address and requesting an update on the status of the case. *Exh. 49.*

13. The processing times posted on its internet website on September 15, 2007 by the Defendant USCIS states that the USCIS Washington Field Office is currently adjudicating applications for adjustment of status received on October 29, 2006. *Exh. 50.* Plaintiff's application for adjustment of status was filed on April 18, 2002, more than five years ago. Plaintiffs have complied with all requests made by the USCIS for an interview and documentation. Additionally, the Plaintiffs have notified the USCIS in a timely fashion of all of their address changes. *Exh. 51.* The Defendants have not given the Plaintiffs any reason why Plaintiff Sukhwinder Singh's name check has been pending for the last five years without being properly completed.

**B. Claims**

14.  The Defendants' continuing delay of 65 months and counting in failing to adjudicate the Plaintiffs' I-130 petition for alien relative and I-485 application for adjustment of status to permanent residence is per se unreasonable.

15.  The D.C. District Court in *Liu v. Novak, supra*, has held that a four-year delay in adjudicating an application for adjustment of status due to security background checks was unreasonable.  The *Liu* Court relied on the holding of *Telecommunications Research & Action Center("TRAC") v. FCC*, 750 F.2d 70 (D.C. Cir. 1984) to identify the factors relevant in determining whether agency delay is unreasonable:

> (1) the time agencies take to make decisions must be governed by a "rule of reason;" (2) where Congress has provided a timetable or other indication of the speed with which it expects the agency to proceed in the enabling statute, that statutory scheme may supply content for this rule of reason; (3) delays that might be reasonable in the sphere of economic regulation are less tolerable when human health and welfare are at stake; (4) the court should consider the effect of expediting delayed action on agency activities of a higher or competing priority; (5) the court should also take into account the nature and extent of the interests prejudiced by delay; and (6) the court need not find "any impropriety lurking behind agency lassitude in order to hold that agency action is 'unreasonably delayed.'"

*Liu v. Novak, supra* at 8, *citing Telecommunications Research & Action Center v. FCC, supra* at 80 (citations omitted).

16.  In *Liu, supra*, Judge Sullivan ruled that with regard to the first TRAC factor, a four-year delay for a name check process described by the Defendants "as one where data is primarily retrieved from an electronic database, and only occasionally from paper records," to be unreasonable.  *Id.* at 8.  A fortiori, a five-year delay in Plaintiffs Sukhwinder Singh's case for the

same reason is unreasonable. Judge Sullivan at footnote 4 noted that "Congress has not provided a timetable for this action, so the second TRAC factor is inapplicable." *Id.*

17.   Judge Sullivan in *Liu* has further ruled that—

> With regard to the third and fifth TRAC factors, […] [t]he inability to obtain permanent resident status affects a wide range of important rights." [citing *Singh v. Still*, 470 F.Supp.2d 1064, 1070 (N.D.Cal.2007)]. For example, the delay prejudices plaintiff's ability to petition to immigrate close family members and adversely impacts his ability to seek United States citizenship. *See id.* Thus, these factors weigh in favor of finding the delay unreasonable.

*Liu v. Novak, supra* at 9. The delay in adjudicating his application for adjustment of status to permanent resident prejudices Plaintiff Sukhwinder Singh by depriving him of the ability to seek naturalization, and thus, of the right to vote in elections, and to petition close family members.

18.   Regarding the fifth TRAC factor, like the plaintiff in *Liu, supra*, Plaintiff Sukhwinder Singh is not the subject of any active investigation.

19.   The name check system has been described by the Defendants in other cases as being prioritized in order of application date. *See Liu v. Novak, supra,* at 9. Such a prioritization by application date was not followed in the case of Plaintiff Sukhwinder Singh, whose name check has been pending for five years while thousands of other cases filed after his were adjudicated.

19. Plaintiffs' petition/application have been neglected by the Defendants and the present five-year delay in adjudicating such petition/application is clearly unreasonable.

## PRAYER

WHEREFORE, Plaintiffs pray that this Court:

I.      Compel the Defendants and those acting under them to perform their duty
        to adjudicate Plaintiff Balwinder Kaur's I-130 petition for alien relative
        and Plaintiff Sukhwinder Singh's I-485 application for adjustment of
        status to permanent residence within a reasonable time of no more than 30
        days;

II.     Declare the Respondents' continued delay and inaction violates the APA;

III.    Grant reasonable attorney's fees and costs of court under the Equal Access
        to Justice Act;

IV.     Grant such other and further relief as this Court deems proper.


                Respectfully submitted,


                _____
                THOMAS A. ELLIOT, D.C. BAR # 259713
                ELLIOT & MAYOCK
                1629 K Street N.W., Suite 1250
                Washington D.C. 20006
                (202) 429 1725

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SINGH, SUKHWINDER | GONZALEZ, EMILIO, Director, USCIS<br>DIBBINS, SUSAN, District Director, USCIS<br>CHERTOFF, MICHAEL, Secretary, USDHS<br>MUELLER, ROBERT, Director, FBI |

| | |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Mansfield, OH<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Washington D.C.<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE. IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Thomas A. Elliot<br>Elliot & Mayock<br>1629 K Street NW Suite 1250<br>Washington D.C. 20006 | |

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U S Government Plaintiff

○ 3 Federal Question (U.S. Government Not a Party)

◉ 2 U S Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. 1361; 5 U.S.C. 702, 704.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** _____    Check YES only if demanded in complaint    **JURY DEMAND:**    YES ☐    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form

DATE *9/24/2007*    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



**U.S. Department of Justice**
Immigration and Naturalization Service

4420 Fairfax Drive
Arlington, VA 22203

*Alien Registration #: A73546228*
Date of Receipt: 04/18/02
RE: Sukhwinder  SINGH

ELLIOT &MAYOCK
1629 K ST NW
SUITE 1250
WASHINGTON, DC 20006

Dear Applicant:

Your application for adjustment of status to permanent resident has been received and accepted for processing.  Your interview and fingerprinting appointments are set and the notices are attached. Attached is also a change of address form to be completed if your address changes before your scheduled interview date.

The processing time for an I-765 employment authorization and/or an I-131 advance parole is 30 days.

These processing times are subject to change.  See the posted signs for updates.

All inquiries regarding an application pending with our office must be made through the Information Unit, Room 210.  We ask that you do not contact this office until after processing time has expired.  In order for us to better service you, we ask that you provide proof of filing at the time your inquiry is made.  The hours for walk-in service are 7:30 am- 12 noon daily.

Should you move during the time your application is pending with our office, you must notify us in writing so that your information is properly updated on your application.  Remember to always include your assigned alien registration number located at the top left-hand corner of this letter when corresponding with INS.

Sincerely,

Warren  C. Lewis

Warren A. Lewis
District Director

Cc: Sukhwinder  SINGH

No. 23933943

*INS Registration No.*    A39 073 976

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*



...... B l i n d e r   K a u r ......
*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Attorney-General.*

*at:*    **ARLINGTON, VA**

*The Attorney-General having found that:*

**BALWINDER KAUR**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

U.S. IMMIGRATION & NATURALIZATION SERVICE

*at:*    **ARLINGTON, VA**    *on:*    JUL 09 1998

*that such person is admitted as a citizen of the United States of America.*



*Commissioner of Immigration and Naturalization*

*Personal description of holder as of date of naturalization:*

*Date of birth:*    AUGUST 19, 1957

*Sex:*    FEMALE

*Height:*    5 feet 05 inches

*Marital status:*    SINGLE

*Country of former nationality:*    INDIA



IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

BK0116 1620

# COMMONWEALTH OF VIRGINIA
## MARRIAGE REGISTER

COPY A
FOR CLERK OF COURT

CIRCUIT COURT FOR CITY OR COUNTY OF
116/1620/000271    FAIRFAX COUNTY, VIRGINIA

CLERK'S NUMBER 000271

**000271**

| 1. FULL NAME OF GROOM | (first) SUKHWINDER | (middle) | (last) SINGH | |
|---|---|---|---|---|

**GROOM**

| 2. AGE | 3. DATE OF BIRTH (Month, Day, Year) | 4. PLACE OF BIRTH (state or foreign country) |
|---|---|---|
| 43 Years | 04/04/57 | INDIA |

| 5. RACE ASIAN | 6. NUMBER OF THIS MARRIAGE (first, second, etc.) SECOND | 7. MARITAL STATUS (if previously married) WIDOWED ☐ DIVORCED ☒ |
|---|---|---|

| 8. EDUCATION (Specify only highest grade completed) | Elementary or Secondary (0-12) 12 | College (1-4 or 5+) | 9a. USUAL RESIDENCE: STREET ADDRESS OR RT. NUMBER 8479 MISTY BLUE COURT |
|---|---|---|---|

| 9b. CITY OR TOWN OF RESIDENCE SPRINGFIELD | 9c. COUNTY (if independent city, leave blank) FAIRFAX | 9d. STATE (OR FOREIGN COUNTRY) VIRGINIA |
|---|---|---|

| 10. NAME OF FATHER GURDIT SINGH | 11. FULL MAIDEN NAME OF MOTHER NRINDER KAUR |
|---|---|

| 12. PRESENT NAME OF BRIDE | (first) BALWINDER | (middle) | (last) KAUR | MAIDEN SURNAME (if different) |
|---|---|---|---|---|

**BRIDE**

| 13. AGE | 14. DATE OF BIRTH (Month, Day, Year) | 15. PLACE OF BIRTH (state or foreign country) |
|---|---|---|
| 43 Years | 08/19/57 | INDIA |

| 16. RACE ASIAN | 17. NUMBER OF THIS MARRIAGE (first, second, etc.) FIRST | 18. MARITAL STATUS (if previously married) WIDOWED ☐ DIVORCED ☐ |
|---|---|---|

| 19. EDUCATION (Specify only highest grade completed) | Elementary or Secondary (0-12) 12 | College (1-4 or 5+) | 20a. USUAL RESIDENCE: STREET ADDRESS OR RT. NUMBER 8479 MISTY BLUE COURT |
|---|---|---|---|

| 20b. CITY OR TOWN OF RESIDENCE SPRINGFIELD | 20c. COUNTY (if independent city, leave blank) FAIRFAX | 20d. STATE (OR FOREIGN COUNTRY) VIRGINIA |
|---|---|---|

| 21. NAME OF FATHER UDAY SINGH | 22. FULL MAIDEN NAME OF MOTHER AMRJIT KAUR |
|---|---|

## MARRIAGE LICENSE

23. TO ANY PERSON LICENSED TO PERFORM MARRIAGES:
You are hereby authorized to join the above-named persons in marriage under procedures outlined in the statutes of the Commonwealth of Virginia.

Date Issued JANUARY 22, 2002
License Expires Sixty Days After Above Date

Signature ▶ *Nancy L. McCoy*
Clerk of Court or Deputy

Date Received by Clerk of Court from Officiant JAN 2 2 2002

TO OFFICIANT:

Complete and sign certificates on both copies.

Return both copies within five days to Clerk of Court issuing license.

Section 32.1-267. Code of Virginia

## MARRIAGE CERTIFICATE

| 24. DATE OF MARRIAGE (Month, Day, Year) 1/22/2002 | 25. PLACE OF MARRIAGE (county or independent city) Fairfax VIRGINIA | 26. TYPE OF CEREMONY CIVIL ☒ RELIGIO |
|---|---|---|

27. I CERTIFY THAT I JOINED THE ABOVE-NAMED PERSONS IN MARRIAGE ON THE DATE AND AT THE PLACE SPECIFIED

SIGNATURE OF OFFICIANT ▶ *Carmen R. Hunkel*    TITLE OF OFFICIANT *Civil Marriage Celebra*

Authorized to perform marriages by the Circuit Court for *Fairfax County*, Virginia, in 1995 (year of authorization)

NAME OF OFFICIANT (type or print) *Carmen R. Hunkel*

ADDRESS OF OFFICIANT *8716 Etta Dr Springfield, VA 221.*
(street or route number)    (city or town)    (state)

ATTENTION OFFICIANT:
You must be authorized by a Virginia Circuit Court to perform this marriage. License must be returned within 5 days of ceremony to Fairfax County Circuit Court, 4110 Chain Bridge Road, Fairfax, VA 22030

Margin reserved for binding
Please use black ribbon in typewriter or black unfading ink. This is a permanent record



**U.S. Department of Justice**
Immigration and Naturalization Service

*4420 North Fairfax Drive*
*Arlington, VA 22203*

ELLIOT &MAYOCK
1629 K ST NW
SUITE 1250
WASHINGTON, DC 20006

**DATE: April 18, 2002**
**RE: Sukhwinder  SINGH**
**FILE NUMBER: A73546228**

You have been scheduled for a fingerprint appointment.  Please report to the office below at the indicated time.

| OFFICE LOCATION | Application Support Center<br>5834 D North Kings Highway<br>Alexandria, VA  22303 |
|---|---|
| DATE | Week of **07/09/02 to 07/13/02** |
| APPLICATION FILED | ☐ N400  ☒ I-485  ☐ I-600A  ☐ OTHER |
| FD258 STATUS | ☐ EXPIRED  ☐ REJECTED  ☒ NEW |
| BRING WITH YOU | THIS LETTER, PHOTO IDENTIFICATION<br>(PASSPORT, STATE ISSUED ID, MILITARY<br>ID, INS ID) |

| **ASC**<br>**HOURS OF OPERATION:**<br>**TUESDAY 8 AM – 3:45 PM**<br>**WED.  8 AM - 3:45 PM**<br>**THURS. 8 AM – 3:45 PM**<br>**FRIDAY 8 AM – 3:45 PM**<br>**SAT. 8 AM – 3:45 PM** | **MONETA**<br>**HOURS OF OPERATION:**<br>**TUESDAY 9 AM – 3 PM**<br>**WEDNESDAY 9 AM – 3 PM**<br>**THURSDAY 9 AM – 3 PM**<br>**FRIDAY 9 AM – 3 PM** | **ABINGDON**<br>**HOURS OF OPERATION**<br>**TUESDAY – 8 AM – 4 PM**<br>**THURSDAY – 8 AM - 4 PM** |
|---|---|---|

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**
If you cannot keep this appointment, report to the Application Support Center on any Wednesday following your scheduled week, as long as you have your fingerprints taken within 87 days of this notice.

Sincerely,

WARREN A. LEWIS
DISTRICT DIRECTOR

Cc: Sukhwinder  SINGH

U.S. IMIGRATION & NATURALIZATION ICE
4420 NORTH FAIRFAX DRIVE
ARLINGTON, VA 22203



OFFICE
ADD'L POLES
FILED AT
4/10/03
INTERVI
(illegible)

File Number: A73546228
Date: April 18, 2002
RE: Sukhwinder  SINGH

ELLIOT &MAYOCK
1629 K ST NW
SUITE 1250
WASHINGTON, DC 20006

Please come to the office shown below at the time and place indicated in connection with an official matter.
---                                                                                                ---

OFFICE LOCATION:          Washington District Office
                          4420 N. Fairfax Drive, 3rd Floor
                          Arlington, VA  22203

DATE AND TIME:            01/16/03
                          11:15 AM

OFFICER:                  F
                          District Adjudications Officer

REASON FOR APPOINTMENT:   Application for Adjustment of Status Interview

**THIS INTERVIEW WILL BE VIDEOTAPED.**
<u>PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.</u>

X     THIS LETTER, YOUR PASSPORT, AND YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY.

X     MEDICAL EXAM RESULTS, FORM I-693. APPEAR EVEN IF NOT COMPLETED.

X     FEDERAL INCOME TAX RETURNS FOR THE PREVIOUS THREE YEARS.

X     A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF
      PAY AND HOURS PER WEEK.

X     CERTIFIED COPY OF THE COURT DISPOSITIONS OF ALL ARRESTS, IF APPLICABLE.

X     YOUR SPOUSE AND EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE
      PHOTOS).

X

---
**YOU MUST BRING THE ORIGINAL AND ONE CLEAR COPY OF ALL DOCUMENTS SUBMITTING FOR EXAMINATION!
THE OFFICER <u>WILL NOT</u> COPY ANY DOCUMENTS!**

Cc: Sukhwinder  SINGH

APPT RINST INQUIRY (ATTACH COPY OF G-28)

## WASHINGTON DISTRICT OFFICE
## 4420 N. FAIRFAX DRIVE
## ARLINGTON, VA 22203

**TODAY'S DATE** 02/26/03

**NAME(S) OF APPLICANT** Sukhwinder SINGH

**BIRTHDATE(S)** 04/04/57          **COUNTRY OF BIRTH** India

**PHONE NUMBER** 202-429-1725

**MAILING ADDRESS** c/o Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

**A#** 73 546 228          SERVICE CENTER RECEIPT # _____

WHAT **APPLICATION** DID YOU FILE? ___I-485___          FILING DATE 04/18/02

NEED INTERVIEW ____   NEED RE-SCHEDULING ____   NEED DECISION _XX_   NEED OATH DATE ____

NEED CARD PRODUCTION ____

OTHER MR. SINGH WAS INTERVIEWED FOR PERMANENT RESIDENCE BY MS. JUNE WILLIAMS ON
01/16/03. PLEASE ADVISE ME WHEN A DECISION WILL BE MADE ON HIS PERMANENT RESIDENCE
APPLICATION. THANK YOU.

**************************FOR INS USE ONLY************************************************
IIO_____

A-FILE LOCATION _____   LAST ACTION DATE _____

COMMENTS _____

_____

_____

_____

DATE          ACTION TAKEN

_____          _____

_____          _____

REV 10/99

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re: Balwinder KAUR on behalf of her husband, Sukhwinder SINGH | DATE 03/15/02 |
|---|---|
| | FILE No. A93 056 997; A73 546 228 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| NAME Balwinder Kaur | [X] Petitioner [ ] Beneficiary | [ ] Applicant [ ] |
|---|---|---|

ADDRESS   (Apt. No.)        (Number & Street)        (City)        (State)        (ZIP Code)
8479 Misty Blue Court, Springfield, Virginia 22153

| NAME Sukhwinder Singh | [ ] Petitioner [X] Beneficiary | [ ] Applicant [ ] |
|---|---|---|

ADDRESS   (Apt. No.)        (Number & Street)        (City)        (State)        (ZIP Code)
8479 Misty Blue Court, Springfield, Virginia 22153

*Check Applicable Item(s) below:*

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

TAE – D.C.                    Court of Appeals
· FC – New York              Court of Appeals                         and am not under a
_____(Name of Court)_____

court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

[ ] 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS Elliot & Mayock 1629 K Street, N.W., Suite 1250 Washington, D.C. 20006 |
|---|---|
| NAME (Type or Print) Thomas A. Elliot / Fabienne Chatain | TELEPHONE NUMBER 202-429-1725 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
_____(Name of Attorney or Representative)_____

*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| NAME OF PERSON CONSENTING Sukhwinder Singh | SIGNATURE OF PERSON CONSENTING Sukhwinder Singh | DATE 03/15/02 |
|---|---|---|

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G–28
(Rev. 10–25–79)N                    (OVER)                    UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Examinations Section
INS
4420 N. Fairfax Drive
Arlington, Virginia 22203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service labe)   7001 2510 0002 3428 2559

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No. 5243



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0002 3428 2559

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No. or PO Box no.

City, State, ZIP+4

**\*\* A T T O R N E Y   I N Q U I R Y \*\*** (ATTACH COPY OF G-28)

## WASHINGTON DISTRICT OFFICE
### 4420 N. FAIRFAX DRIVE
### ARLINGTON, VA 22203

**TODAY'S DATE** ___03/14/03___

**NAME(S) OF APPLICANT** _Sukhwinder SINGH_

**BIRTHDATE(S)** ___04/04/57___     **COUNTRY OF BIRTH** ___India___

**PHONE NUMBER** _202-429-1725_

**MAILING ADDRESS** c/o Thomas A. Elliot, Esquire
          1629 K Street, N.W., Suite 1250
          Washington, D.C. 20006

**A#** _73 546 228_     **SERVICE CENTER RECEIPT #** _____

**WHAT APPLICATION DID YOU FILE?** _I-485_     **FILING DATE** _04/18/02_

**NEED INTERVIEW** ___   **NEED RE-SCHEDULING** ___   **NEED DECISION** XX   **NEED OATH DATE** ___

**NEED CARD PRODUCTION** ___

**OTHER**___ MR. SINGH WAS INTERVIEWED FOR PERMANENT RESIDENCE BY MS. JUNE WILLIAMS

_____ ON JANUARY 16, 2003.  PLEASE ADVISE ME WHEN A DECISION WILL BE MADE ON

_____ HIS PERMANENT RESIDENCE APPLICATION.  THANK YOU.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*FOR INS USE ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IIO_____

A-FILE LOCATION _____     LAST ACTION DATE _____

COMMENTS _____

DATE          ACTION TAKEN

_____          _____

_____          _____

**REV 10/99**

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re:<br>Balwinder KAUR on behalf of her husband,<br>Sukhwinder SINGH | DATE<br>03/15/02 |
|---|---|
| | FILE No.<br>A93 056 997; A73 546 228 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| NAME<br>Balwinder Kaur | ☒ Petitioner    ☐ Applicant<br>☐ Beneficiary    ☐ |
|---|---|

ADDRESS    (Apt. No.)        (Number & Street)        (City)        (State)        (ZIP Code)
8479 Misty Blue Court, Springfield, Virginia 22153

| NAME<br>Sukhwinder Singh | ☐ Petitioner    ☐ Applicant<br>☒ Beneficiary    ☐ |
|---|---|

ADDRESS    (Apt. No.)        (Number & Street)        (City)        (State)        (ZIP Code)
8479 Misty Blue Court, Springfield, Virginia 22153

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
TAE - D.C.                          Court of Appeals
FC - New York                     Court of Appeals
_____ _____(Name of Court)_____ and am not under a
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE<br>*[signature]* | COMPLETE ADDRESS<br>Elliot & Mayock<br>1629 K Street, N.W., Suite 1250<br>Washington, D.C. 20006 |
|---|---|
| NAME (Type or Print) Thomas A. Elliot<br>Fabienne Chatain | TELEPHONE NUMBER<br>202-429-1725 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: _____
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING<br>Sukhwinder Singh | SIGNATURE OF PERSON CONSENTING<br>*Sukhwinder Singh* | DATE<br>03/15/02 |
|---|---|---|

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev. 10-25-79)N                              (OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Examinations Section
BCIS
4420 N. Fairfax Drive
Arlington, Virginia 22203

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
□ Agent
□ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:      □ No

3. Service Type
☒ Certified Mail      □ Express Mail
□ Registered          □ Return Receipt for Merchandise
□ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)

7001 2510 0002 3428 2436

PS Form 3811, August 2001        Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No. 5243

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0002 3428 2436

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3/14/03 |

Sent To

Street, Apt. No.
or PO Box No.

City, State, ZIP+4

ATTORNEY INQUIRY (ATTACH COPY OF G-28)

## WASHINGTON DISTRICT OFFICE
## 4420 N. FAIRFAX DRIVE
## ARLINGTON, VA 22203

**TODAY'S DATE** ___July 14, 2003___

**NAME(S) OF APPLICANT** ___Sukhwinder SINGH___

**BIRTHDATE(S)** 04/04/1957 _____   **COUNTRY OF BIRTH** ___India___

**PHONE NUMBER** 202-429-1725

**MAILING ADDRESS** c/o Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

**A#** 73 546 228 _____   SERVICE CENTER RECEIPT # _____

WHAT APPLICATION DID YOU FILE? I-485 _____   FILING DATE 04/18/02

NEED INTERVIEW ___   NEED RE-SCHEDULING ___   NEED DECISION XX   NEED OATH DATE ___

NEED CARD PRODUCTION ___

OTHER MR. SINGH WAS INTERVIEWED FOR PERMANENT RESIDENCE BY MS. JUNE WILLIAMS

ON JANUARY 16, 2003. PLEASE ADVISE ME WHEN A DECISION WILL BE MADE ON HIS PERMANENT
RESIDENCE APPLICATION. THANK YOU.
**************************FOR INS USE ONLY**************************************
HO_____

A-FILE LOCATION _____   LAST ACTION DATE _____

COMMENTS _____

_____

_____

_____

DATE          ACTION TAKEN

_____          _____

_____          _____

REV 10/99

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re:<br>Balwinder KAUR on behalf of her husband,<br>Sukhwinder SINGH | DATE<br>03/15/02 |
| | FILE No.<br>A93 056 997; A73 546 228 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

NAME
Balwinder Kaur    ☑ Petitioner  ☐ Applicant
☐ Beneficiary  ☐

ADDRESS  (Apt. No.)  (Number & Street)  (City)  (State)  (ZIP Code)
8479 Misty Blue Court, Springfield, Virginia 22153

NAME
Sukhwinder Singh    ☐ Petitioner  ☐ Applicant
☒ Beneficiary  ☐

ADDRESS  (Apt. No.)  (Number & Street)  (City)  (State)  (ZIP Code)
8479 Misty Blue Court, Springfield, Virginia 22153

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
TAE- D.C.              Court of Appeals
FC - New York          Court of Appeals
(Name of Court)
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

| SIGNATURE<br>*[signature]* | COMPLETE ADDRESS<br>Elliot & Mayock<br>1629 K Street, N.W., Suite 1250<br>Washington, D.C. 20006 |
| NAME (Type or Print)  Thomas A. Elliot<br>Fabienne Chatain | TELEPHONE NUMBER<br>202-429-1725 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING<br>Sukhwinder Singh | SIGNATURE OF PERSON CONSENTING<br>✓ *Sukhwinder Singh* | DATE<br>03/15/02 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28
(Rev.10-25-79)N          (OVER)          UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402

Subj:      **Status Inquiries to Discuss with Robert Schofield**
Date:      7/14/2003 7:19:16 AM Eastern Daylight Time
From:      Elliotlaw
To:        PGZLAW

Dear Parastoo:

At your meeting with Bob Schofield on July 18th, please check on the status of the following cases:



**Sukhwinder SINGH, BCIS File No. A73 546 228.** Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, 2003. When will a final decision be made on his case?

Thank you very much for your kind assistance in this matter.

Sincerely yours,

Thomas A. Elliot

**7/31/03:**
Parastoo Zahedi



--Singh—G-325A clearance pending.  But don't know when it will be completed.

Subj:    **Status of Cases**
Date:    8/13/2003 7:39:53 AM Eastern Daylight Time
From:    Elliotlaw
To:      PGZLAW

Dear Parastoo:

At your meeting with Mr. Schofield on August 22, 2003, please inquire about the status of my following cases:



5.  Sukhwinder SINGH, BCIS File No. A73 546 228.  Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, 2003.  When will a final decision be made on his case?

Thank you very much for your kind assistance in these matters.

My regards.

Sincerely yours,

Thomas A. Elliot

Subj:      **Re: Status of Cases**
Date:      8/25/2003 3:20:32 PM Eastern Daylight Time
From:      PGZLAW
To:        Elliotlaw

Dear Mr. Elliott:



5.  Sukhwinder SINGH, BCIS File No. A73 546 228.  Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, 2003.  When will a final decision be made on his case? **G325 name check is pending.**


**Law Office Of Zahedi**
**Parastoo G. Zahedi**
Attorney At Law
8133 Leesburg Pike Suite 770
Vienna, VA 22182
Phone: 703-448-0111
Fax:    703-448-5552
ZahediLaw@aol.com
http://www.ilw.com/pgzlaw

*This electronic message contains information from the law office of Parastoo G. Zahedi  that may be privileged and confidential.  The information is intended to be for the use of the addressee only.  If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited.*

Subj:   **Sukhwinder SINGH, CiS File No. A73 546 228**
Date:   9/26/2003 10:51:27 AM Eastern Daylight Time
From:   Elliotlaw
To:     PGZLAW

Dear Parastoo:

As I previously advised, Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, 2003. When will a final decision be made on his case? Please advise me as soon as possible.

Thank you.

My regards.

                        Sincerely yours,


                        Thomas A. Elliot

Subj:     **Sukhwinder SINGH, CIS File No. A73 546 228**
Date:     10/21/2003 7:12:22 AM Eastern Daylight Time
From:     Elliotlaw
To:       PGZLAW

Dear Parastoo:

    As I previously advised, Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, 2003.  When will a final decision be made on his case?  Thank you.

    My regards.

               Sincerely yours,

               Thomas A. Elliot

| Subj: | **Re: Sukhwinder SiNGH, CIS File No. A73 546 228 Inquiry No. 37** |
| Date: | 11/18/2003 1:44:11 PM Eastern Standard Time |
| From: | PGZLAW |
| To: | Elliotlaw |

Dear Mr. Elliott:

"Name Check" clearance is the issue on this matter.

**Law Office Of Zahedi**
**Parastoo G. Zahedi**
Attorney At Law
8133 Leesburg Pike Suite 770
Vienna, VA 22182
Phone: 703-448-0111
Fax:    703-448-5552
ZahediLaw@aol.com
http://www.ilw.com/pgzlaw

*This electronic message contains information from the law office of Parastoo G. Zahedi that may be privileged and confidential. The information is intended to be for the use of the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited.*

| | |
|---|---|
| Subj: | **Re: Sukhwinder SINGH, CIS File No. A73 546 228 Inquiry No. 37** |
| Date: | 11/19/2003 12:40:26 PM Eastern Standard Time |
| From: | Elliotlaw |
| To: | PGZLAW |

Dear Parastoo:

    Mr. Singh's permanent residence interview was on January 16, 2003.  Do you know how long the name checks are taking?

    Can you please check on the status of this case again at the next liaison meeting?

    Thank you.

          Sincerely yours,


          Thomas A. Elliot



**e&m**
Elliot & Mayock LLP

December 12, 2003

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Examinations Section
Citizenship and Immigration Services
4420 N. Fairfax Drive
Arlington, Virginia 22203

      Re:    Sukhwinder SINGH
             CIS File No. A73 546 228
             Our File No. 5243

Dear Sir/Madam:

      Reference is made to the permanent residence application pending for my above-named client, who had his permanent residence interview before Ms. June Williams on January 16, 2003.

      Please update his file to reflect that he is now residing at the following address:

             Mr. Sukhwinder Singh
             7883 Scully Court
             Manassas, Virginia 20111

      Please advise me when a final decision will be made on Mr. Singh's permanent residence application.

      Thank you for your prompt attention to this matter.

             Sincerely yours,

             THOMAS A. ELLIOT

TAE/des
cc:  Mr. Sukhwinder Singh

IMMIGRATION & NATIONALITY LAW                                                                     emvisa.com
1629 K Street, NW, 12th Floor, Washington DC 20006-1641     tel (202) 429-1725     fax (202) 452-0161     infodc@emvisa.com
Washington, DC                                          Attorneys at Law                                          San Francisco



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Examinations Section
CIS
4420 N. Fairfax Drive
Arlington, VA 22203

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X          ☐ Agent
           ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7003 1010 0003 3276 9378

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No. 5243

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(*Domestic Mail Only; No Insurance Coverage Provided*)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Resricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Subj:       **Update on Previously Request Status Checks**
Date:       1/7/2004 1:00:08 PM Eastern Standard Time
From:       Elliotlaw
To:         PGZLAW

Dear Parastoo:

   Please provide me with an update on the following cases when you have your meeting with Bob Schofield this month:



   **5. Sukhwinder SINGH, CIS File No. A73 546 228, Inquiry No. 37.**  He was interviewed for permanent residence before Ms. June Williams on January 16, 2003.  When will a final decision be made in this matter?



   Thank you for your kind assistance in these matters.

Best wishes for the New Year!

                Sincerely yours,


                Thomas A. Elliot

Subj:       **Re: Update on Previously Request Status Checks**
Date:       1/20/2004 12:36:42 PM Eastern Standard Time
From:       PGZLAW
To:         Elliotlaw

In a message dated 1/20/2004 11:05:46 AM Eastern Standard Time, Elliotlaw writes:



5. **Sukhwinder SINGH, CIS File No. A73 546 228, Inquiry No. 37.**  He was interviewed for permanent residence before Ms. June Williams on January 16, 2003.  When will a final decision be made in this matter?*Name check still pending.*



**Law Office Of Zahedi**
**Parastoo G. Zahedi**
Attorney At Law
8133 Leesburg Pike Suite 770
Vienna, VA 22182
Phone: 703-448-0111
Fax: 703-448-5552
ZahediLaw@aol.com
http://www.ilw.com/pgzlaw

*This electronic message contains information from the law office of Parastoo G. Zahedi that may be privileged and confidential. The information is intended to be for the use of the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited.*

Subj:     **Status of Cases**
Date:     2/18/2004 1:57:37 PM Eastern Standard Time
From:     Elliotlaw
To:       PGZLAW

Dear Parastoo:

Please provide me with an update on the following cases from your recent meeting with Mr. Schofield:



5. **Sukhwinder SINGH, CIS File No. A73 546 228, Inquiry No. 37.** He was interviewed for permanent residence before Ms. June Williams on January 16, 2003. When will a final decision be made in this matter?



Thank you for your kind assistance in these matters.

My regards.

Sincerely yours,

Thomas A. Elliot

Subj:   **Fwd: Status of Cases**
Date:   2/19/2004 6:33:08 PM Eastern Standard Time
From:   ▓▓▓▓▓▓▓▓▓▓
To:     ▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓

Forwarded Message:
Subj:   **Re: Status of Cases**
Date:   2/19/2004 4:29:32 PM Eastern Standard Time
From:   PGZLAW
To:     Elliotlaw

Hi Tom:

Here is what I have(for whatever it's worth!!!)



5. **Sukhwinder SINGH, CIS File No. A73 546 228, Inquiry No. 37.**  He was interviewed for permanent residence before Ms. June Williams on January 16, 2003.  When will a final decision be made in this matter?*G325 pending. Have you received(or has client received) new FP appt?*



**Law Office Of Zahedi**
**Parastoo G. Zahedi**
Attorney At Law
8133 Leesburg Pike Suite 770
Vienna, VA 22182
Phone: 703-448-0111
Fax: 703-448-5552
ZahediLaw@aol.com
http://www.ilw.com/pgzlaw

| Subj: | **Re: Sukhwinder SINGH, CIS File No. A73 546 228, inquiry No. 37** |
|-------|--------------------------------------------------|
| Date: | 2/21/2004 4:16:48 PM Eastern Standard Time |
| From: | Elliotlaw |
| To: | PGZLAW |

Dear Parastoo:

    Neither my client nor I has received a new fingerprint appointment.  Please request that one be sent as soon as possible.  Thank you.

    My regards.

                    Sincerely yours,


                    Thomas A. Elliot

| | |
|---|---|
| Subj: | **Status of Cases** |
| Date: | 4/30/2004 7:30:25 AM Eastern Daylight Time |
| From: | Elliotlaw |
| To: | PGZLAW |

Dear Parastoo:

Please advise me of the status of the following cases:



5. **Sukhwinder SINGH, CIS File No. A73 546 228.** He was interviewed for permanent residence before Ms. June Williams on January 16, **2003.** When will a final decision be made in this matter?



Thank you for your kind assistance in these matters.

Sincerely yours,

Thomas A. Elliot

Subj:    **Fwd: Status of Cases**
Date:    5/2/2004 10:07:08 PM Eastern Daylight Time
From:    Elliotlaw
To:      IMDONE86

Dottie-

Pls copy for all files and advise clients.

Tom

----------------
Forwarded Message:
Subj:    **Re: Status of Cases**
Date:    5/2/2004 12:37:43 PM Eastern Daylight Time
From:    PGZLAW
To:      Elliotlaw

In a message dated 4/30/2004 1:34:24 PM Eastern Daylight Time, Elliotlaw writes:



    5. **Sukhwinder SINGH, CIS File No. A73 546 228.** He was interviewed for permanent residence before Ms. June Williams on January 16, **2003.** When will a final decision be made in this matter?***New FP appt to go out this week.***



On the following cases there has been no update since prior meeting. I will pull up my notes from that meeting to advise you if you still need and will follow up at the next meeting to see if any updates.

made in this matter?

**Law Office Of Zahedi**
**Parastoo G. Zahedi**
Attorney At Law
8133 Leesburg Pike Suite 770
Vienna, VA 22182
Phone: 703-448-0111
Fax: 703-448-5552
ZahediLaw@aol.com
http://www.ilw.com/pgzlaw

*This electronic message contains information from the law office of Parastoo G. Zahedi that may be privileged and confidential. The information is intended to be for the use of the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited.*

Subj:     **Sukhwinder SINGH, CIS File No. A73 546 228**
Date:     5/27/2004 5:51:09 PM Eastern Daylight Time
From:     Elliotlaw
To:       PGZLAW

Dear Parastoo:

On May 2, 2004, you advised me that within one week Mr. Singh would be receiving an appointment letter to have his fingerprints taken again.  To date, neither my office nor Mr. Singh has received any correspondence from CIS.  Can you please check into this matter?  His permanent residence interview was held before Ms. June Williams on January 16, 2003!

When is your next liaison meeting?

Thank you for your kind assistance in this matter.

My regards.

Sincerely yours,

Thomas A. Elliot

Subj:   **Update of Cases**
Date:   6/22/2004 6:29:39 AM Eastern Daylight Time
From:   Elliotlaw
To:     PGZLAW

Dear Parastoo:

    Please provide me with an update on the following cases after your meeting with Mr. Schofield on June 21st:

    2. **Sukhwinder SINGH, CIS File No. A73 546 228**.  On May 2, 2004 you advised me that within one week Mr. Singh would be receiving an appointment letter to have his fingerprints taken again.  To date, neither my office nor Mr. Singh has received any correspondence from CIS.  His permanent residence interview was held before Ms. June Williams on January 16, **2003**!

    .

    Thank you for your kind assistance in these matters.

    My regards.

                        Sincerely yours,


                        Thomas A. Elliot

Subj:      **Re: Update of Cases**
Date:      6/23/2004 9:43:34 AM Eastern Daylight Time
From:      PGZLAW
To:        Elliotlaw

Dear Tom:

My answers in bold. I will need to pull up my other list to get you responses to the rest which I will do before the end of the day. Thanks.
On a side note to you Mr. Schofield did advise upon my request in your case(with the long waited adjustment case that he has not scheduled and others) if you are not satisfied with his responses you can write him a note (email is preferred: robert.schofield@dhs.gov) to ask to meet w/him in person and he will schedule you in. I know we have repeatedly talked about several of your cases and you had requested an in person meeting with him. He is now amenable to that.

  2. **Sukhwinder SINGH, CIS File No. A73 546 228.**  On May 2, 2004 you advised me that within one week Mr. Singh would be receiving an appointment letter to have his fingerprints taken again.  To date, neither my office nor Mr. Singh has received any correspondence from CIS.  His permanent residence interview was held before Ms. June Williams on January 16, **2003**!
*he now advises there is no reason to get new FP; waiting on duplicate rap sheet and then will schedule for oath.*

Subj:      **Update of Pending Cases**
Date:      7/7/2004 8:50:46 AM Eastern Daylight Time
From:      Elliotlaw
To:        PGZLAW

Dear Parastoo:

   We are still waiting for an update on the following cases:


   2. **Sukhwinder SINGH, CIS File No. A73 546 228.**  Mr. Singh had his permanent residence interview before Ms. June Williams on January 16, 2003.  When will a final decision be made on his case?


   Thank you for providing us with an update on these cases at your next meeting with Mr. Schofield on July 29, 2004.

   My regards.

                          Sincerely yours,


                          Thomas A. Elliot

| | |
|---|---|
| Subj: | **Fwd: Re: Update of Cases** |
| Date: | 8/3/2004 12:02:37 AM Eastern Daylight Time |
| From: | Elliotlaw |
| To: | IMDONE86 |

--
This electronic message transmission contains information from the law firm of Elliot & Mayock which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-429-1725) or by electronic mail (Elliotlaw@aol.com) immediately.

Return-path: <PGZLAW>
From: PGZLAW
Message-ID: <1a4.26efa17f.2e4001ae@aol.com>
Date: Mon, 2 Aug 2004 4:44:30 PM Eastern Daylight Time
Subject: Re: Update of Cases
To: Elliotlaw
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----------------------------1091479470"

Dear Tom:

Responses in bold:


2. Sukhwinder SINGH, CIS File No. A73 546 228.***Name check is still pending.***

. .

I also have a decision for the Sorya Ali Moukalled case which I will fax and send to you.

**Law Office Of Zahedi**
**Parastoo G. Zahedi**
Attorney At Law
8133 Leesburg Pike Suite 770
Vienna, VA 22182

Subj:     **Update of Cases**
Date:     9/2/2004 6:15:06 AM Eastern Daylight Time
From:     Elliotlaw
To        PGZLAW

Dear Parastoo:

Please provide me with an update on the following cases:

2. **Sukhwinder SINGH, CIS File No. A73 546 228.** Mr. Singh had his permanent residence interview before Ms. June Williams on January 16, 2003. When will a final decision be made on his case?

Thank you for providing me with an update on these cases.

My regards.

Sincerely yours,

Thomas A. Elliot

| | |
|---|---|
| Subj: | **Status of Cases** |
| Date: | 9/17/2004 10:15:36 AM Eastern Daylight Time |
| From: | Elliotlaw |
| To: | PGZLAW |

Dear Parastoo:

Please provide me with an update on the following cases:

2. **Sukhwinder SINGH, CIS File No. A73 546 228.**  Mr. Singh had his permanent residence interview before Ms. June Williams on January 16, 2003.  When will a final decision be made on his case?

Thank you for any update.

My regards.

Sincerely yours,

Thomas A. Elliot

Subj:      **Fwd: Issuance of an I-94**
Date:      9/20/2004 3:28:56 PM Eastern Daylight Time
From:      PGZLAW
To:        Elliotlaw

Dear Mr. Elliott:

I am forwarding an email that I had sent on 9/17/04 that actually gave you an update of the status of the inquiries. You may not have seen the updates as it was also in response to another question you had posed.  If you have any other questions please let me know. Thanks.

Parastoo G. Zahedi

-----------------
Forwarded Message:
Subj:      **Re: Issuance of an I-94**
Date:      9/17/2004 9:56:24 AM Eastern Daylight Time
From:      PGZLAW
To:        Elliotlaw

Hi Mr. Elliott:

I believe the person still working on I94s is Natalie Shefsky. But I will check w/him and get back to you on this. With Infopass I am not quite sure if you can just walk in nowadays for this type of case.

I do have some responses also on your inquries as follows:

Sukhwinder Singh-Pending Name Check

I believe those are all the ones you had. At least these are the ones that he provided responses for.  I believe the next meeting is scheduled for 10/22/04.

 I will no longer be serving as the Liaison chair and will not be meeting w/Mr. Schofield on case specific inquiries. Jacquie Lee and Sheila Starkey are the new co-chairs and they have divided up the list according to the type of issue. I believe one will take on I485 employment/N400(Jacquie?) and Sheilas will take the other type cases(I485(family) and other issues. The website confirms their exact positions and I will check it myself to know exactly.

I'll get back to you on the I94 issue. Thanks.

Parastoo

In a message dated 9/17/2004 7:01:30 AM Eastern Standard Time, Elliotlaw writes:

Subj:     **Status of Cases**
Date:     10/19/2004 6:59:13 AM Eastern Daylight Time
From:     Elliotlaw
To:       sstarkey@mlsimmigration.com

Dear Ms. Starkey:

At your next liaison meeting with Mr. Schofield, would you kindly check on the status of the following cases:

2. **Sukhwinder SINGH, CIS File No. A73 546 228.**  Mr. Singh had his permanent residence interview before Ms. June Williams on January 16, 2003.  He had taken his fingerprints two times since then.  Parastoo Zahedi had this case on her list at each meeting with Mr. Schofield, to no avail.  It is almost two years since his adjustment interview!  When will a final decision be made?

Thank you for your kind assistance in these matters.

Sincerely yours,

Thomas A. Elliot

Subj:     **Fwd: Arlington Liaison**
Date:    11/14/2004 8:32:09 PM Eastern Standard Time
From:   Elliotlaw
To:      IMDONE86


----------------
Forwarded Message:
Subj:     **Arlington Liaison**
Date:    11/12/2004 9:04:50 PM Eastern Standard Time
From:   sStarkey@mlsimmigration.com
To:      Elliotlaw@aol.com
*Sent from the Internet (Details)*

Dear Tom:

I met today with Bob Schofield, and found out the following regarding your
case(s):




Sukhwinder Singh
Pending name check.




Best Regards,
Sheila Starkey

| Subj: | **Sukhwinder SINGH, CIS File No. A73 546 228** |
|---|---|
| Date: | 12/8/2004 7:16:54 AM Eastern Standard Time |
| From: | Elliotlaw |
| To: | sStarkey@misimmigration.com |

Dear Sheila:

The 245 interview for Mr. Singh was **23** months ago!  The I-130 and I-485 have yet to be adjudicated.  If we do not have an adjudication by January 30, 2005, I am advising my client to sue in federal court for mandamus damages and fees.

Therefore, please check on the status of this matter at your next liaison meeting.  Thank you.

My regards.

Sincerely yours,

Thomas A. Elliot



December 8, 2004

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Robert Schofield
Assistant District Director
Examinations Section
Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, Virginia 22031

   Re: Sukhwinder SINGH
     CIS File No. A73 546 228
     Our File No. 5243

Dear Mr. Schofield:

  Mr. Singh had his I-130/245 interview before Ms. June Williams on January 16, 2003. He has had his fingerprints taken <u>two</u> times since that date. Each time that his case is checked by our AILA liaison, we are advised that his fingerprint check is still pending.

  Inasmuch as it has been almost 23 months since his I-130/245 interview, please advise me when a final decision will be made in this matter.

  Thank you for your assistance.

       Sincerely yours,


       THOMAS A. ELLIOT

TAE/des

cc: Mr. Sukhwinder Singh

---

IMMIGRATION & NATIONALITY LAW                 emvisa.com
1629 K Street, NW, 12th Floor, Washington DC 20006-1641  tel (202) 429-1725  fax (202) 452-0161  infodc@emvisa.com
Washington, DC          Attorneys at Law          San Francisco

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )　C. Date of Delivery |
| 1. Article Addressed to:<br><br>Robert Schofield<br>ADD, CIS<br>2675 Prosperity Avenue<br>Fairfax, VA 22031 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 3110 0000 3520 1185 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

NO. 5243

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |  |
|---|---|---|
| Certified Fee |  | Postmark<br>Here |
| Return Reciept Fee<br>(Endorsement Required) |  |  |
| Restricted Delivery Fee<br>(Endorsement Required) |  |  |
| Total Postage & Fees | $ |  |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7003 3110 0000 3520 1185

# WASHINGTON DISTRICT OFFICE
## 4420 N. FAIRFAX DRIVE
## ARLINGTON, VA 22203

TODAY'S DATE  12/10/2004

NAME(S) OF APPLICANT  Sukhwinder SINGH

BIRTHDATE(S)  04/04/1957            COUNTRY OF BIRTH  India

PHONE NUMBER  c/o 202-429-1725

MAILING ADDRESS  c/o Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

A#  A73 546 228          SERVICE CENTER RECEIPT #

WHAT APPLICATION DID YOU FILE?  I-130/245          FILING DATE  04/18/2002

NEED INTERVIEW ___    NEED RE-SCHEDULING ___    NEED DECISION XX    NEED OATH DATE ___

NEED CARD PRODUCTION ___

OTHER  MR. SINGH WAS INTERVIEWED FOR PERMANENT RESIDENCE BY MS. JUNE WILLIAMS

ON JANUARY 16, 2003.  PLEASE ADVISE ME WHEN A DECISION WILL BE MADE ON HIS PERMANENT
RESIDENCE APPLICATION.  THANK YOU.
************************************FOR INS USE ONLY************************************

IIO

A-FILE LOCATION _____    LAST ACTION DATE _____

COMMENTS _____

_____

_____

_____

DATE          ACTION TAKEN

____          _____

____          _____

REV 10/99

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Entry of Appearance
as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: Sukhwinder SINGH | Date: 12/09/2004 |
|---|---|
| | File No. A73 546 228 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Sukhwinder Singh | ☐ Petitioner    ☐ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code) |
|---|
| 7883 Scully Court, Manassas, Virginia 20111 |

| Name: | ☐ Petitioner    ☐ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code) |
|---|
| |

*Check Applicable Item(s) below:*

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
TAE - New York          Court of Appeals
FC - New York           Court of Appeals          and am not under a court or administrative agency
TKR - Maryland          Court of Appeals
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Elliot & Mayock |
| | 1629 K Street, N.W., Suite 1250 |
| | Washington, D.C. 20006 |
| NAME (Type or Print) Thomas A. Elliot | TELEPHONE NUMBER |
| Fabienne Chatain | 202-429-1725 |
| Thomas K. Ragland | |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

_____
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Sukhwinder Singh | ✓ Sukhwinder Singh | 12/09/2004 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |

1. Article Addressed to:

    Examinations Section
    CIS
    2675 Prosperity Avenue
    Fairfax, VA 22031

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)

   7003 3110 0000 3520 1222

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

5243

67

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7003 3110 0000 3520 1222

Subj:     **Sukhwinder SINGH, CIS File No. A73 546 228**
Date:     1/14/2005 6:34:20 AM Eastern Standard Time
From:     Elliotlaw
To:       sstarkey@misimmigration.com

Dear Ms. Starkey:

Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, 2003. Please advise me when a final decision will be made on his permanent residence application. Thank you.

My regards.

Sincerely yours,


Thomas A. Elliot

Subj:   **Sukhwinder SINGH, CIS File No. A73 546 228**
Date:   2/24/2005 9:30:41 AM Eastern Standard Time
From:   Elliotlaw
To:     sstarkey@misimmigration.com

Dear Ms. Starkey:

   Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, **2003.**  Please advise me when a final decision will be made on his permanent residence application.  Thank you,

   My regards.

                              Sincerely yours,


                              Thomas A. Elliot

| | |
|---|---|
| Subj: | **Sukhwinder SINGH, CIS File No. A73 546 228** |
| Date: | 2/28/2005 12:34:51 PM Eastern Standard Time |
| From: | Elliotlaw |
| To: | sstarkey@misimmigration.com |

Dear Ms. Starkey:

    Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, **_2003_**.  Please advise me when a final decision will be made on his permanent residence application.  Thank you.

    My regards.

                    Sincerely yours,


                    Thomas A. Elliot

Subj:     **Sukhwinder SINGH, CiS File No. A73 546 228**
Date:     3/21/2005 8:20:48 AM Eastern Standard Time
From:     Elliotlaw
To.       sstarkey@misimmigration.com

Dear Ms. Starkey:

  Mr. Singh was interviewed for permanent residence by Ms. June Williams on January 16, **_2003._**  Please advise me when a final decision will be made on his permanent residence application.  Thank you.

  My regards.

                    Sincerely yours,


                    Thomas A. Elliot

## Thomas Elliot

**From:**    Thomas Elliot
**Sent:**    Friday, August 05, 2005 12:34 PM
**To:**      'billy.ingram@dhs.gov'
**Cc:**      Dottie; Fabienne Chatain
**Subject:** FW: Sukwinder SINGH A73-546-228 and Hayat

**Thomas A. Elliot**
Senior Partner

Elliot & Mayock LLP
Attorneys at Law
1629 K Street, NW, Suite 1250
Washington, DC 20006-1641
202-429-1725 main tel
202-452-0161 fax
www.emvisa.com

**From:** Thomas Elliot
**Sent:** Friday, August 05, 2005 11:17 AM
**To:** 'billy.ingram@dhs.gov'
**Cc:** Fabienne Chatain
**Subject:** Sukwinder SINGH A73-546-228 and Hayat

Billy-

I have two long-standing cases stuck in Adjudications.

1. 1. Sukwinder SINGH.   A73-546-228.  Immediate relative spouse case.  Adjustment interview on January 16, 2003 by June Williams.  Could not make a decision at that time because pending final security check and for her to review the impact of the conviction in 1994 on 5 amended counts of simple assault and battery.  As stated in the adjustment of status application, these simple assault convictions are not grounds of inadmissibility, since simple assault does not involve moral turpitude.  See Matter of Short, 20 I&N Dec 136, 1239 (1989).

Please have these matters reviewed and resolved immediately.  These matters have been "stuck" at the CIS office without any action since 2003.

8/5/2005

Thank you

**Thomas A. Elliot**
Senior Partner

Elliot & Mayock LLP
Attorneys at Law
1629 K Street, NW, Suite 1250
Washington, DC 20006-1641
202-429-1725 main tel
202-452-0161 fax
www.emvisa.com



December 9, 2005

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Robert Schofield
Assistant District Director
Examinations Section
Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, Virginia 22031

      Re:    Sukhwinder SINGH
             CIS File No. A73 546 228
             Our File No. 5243

Dear Mr. Schofield:

Mr. Singh had his I-130/245 interview before Ms. June Williams on January 16, 2003. He has had his fingerprints taken <u>two</u> times since that date. Each time that his case is checked by our AILA liaison, we are advised that his fingerprint check is still pending.

Inasmuch as it has been almost 23 months since his I-130/245 interview, please advise me when a final decision will be made in this matter. Enclosed is my notice of appearance.

Thank you for your assistance.

Sincerely yours,

THOMAS A. ELLIOT

TAE/des
Enclosure
cc: Mr. Sukhwinder Singh

IMMIGRATION & NATIONALITY LAW

1629 K Street, NW, 12th Floor, Washington DC 20006-1641    tel (202) 429-1725    fax (202) 452-0161

Washington, DC    Attorneys at Law

emvisa.com
infodc@emvisa.com
San Francisco

U.S. Department of Justice
Immigration and Naturalization Service

~~ice of Entry of Appearance~~
as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re:
Sukhwinder SINGH

Date: 12/07/2005

File No. A073 546 228

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:
Sukhwinder Singh

☐ Petitioner          ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)     (Number & Street)     (City)     (State)     (Zip Code)
7883 Scully Court, Manassas, Virginia 20111

Name:

☐ Petitioner          ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)     (Number & Street)     (City)     (State)     (Zip Code)

*Check Applicable Item(s) below:*

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
PCE - New York          Court of Appeals
FC - New York          Court of Appeals          and am not under a court or administrative agency
TKR - Maryland          Court of ~~Appeals~~
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

SIGNATURE

COMPLETE ADDRESS
Elliot & Mayock
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

NAME (Type or Print) Thomas A. Elliot
Fabienne Chatain
Thomas K. Ragland

TELEPHONE NUMBER
202-429-1725

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

_____
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Sukhwinder Singh | ✓ | 12/07/2005 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

Case 1:03-cv-... Document ... Page 3 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Robert Schofield
ADD - CIS
2675 Prosperity Avenue
Fairfax, Virginia 22031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1160 0002 6703 1528

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE  BULK VA 220

13 DEC 2005 PM 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No. 5243

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 1160 0002 6703 1528



March 31, 2006

CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>

Mr. Robert Schofield
Assistant District Director
Examinations Section
Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, Virginia 22031

      Re:    Sukhwinder SINGH
              CIS File No. A73 546 228
              <u>Our File No. 5243 _____</u>

Dear Mr. Schofield:

      Mr. Singh had his I-130/245 interview before Ms. June Williams on January 16, 2003.
He has had his fingerprints taken <u>two</u> times since that date. Each time that his case is checked by
our AILA liaison, we are advised that his fingerprint check is still pending.

      Inasmuch as it has been ***over three years*** since his I-130/245 interview, please advise me
when a final decision will be made in this matter. Enclosed is my notice of appearance.

      Thank you for your assistance.

                 Sincerely yours,

                 THOMAS A. ELLIOT

TAE/des
Enclosure
cc: Mr. Sukhwinder Singh

IMMIGRATION & NATIONALITY LAW                                                                emvisa.com
1629 K Street, NW, 12th Floor, Washington DC 20006-1641      tel (202) 429-1725      fax (202) 452-0161    infodc@emvisa.com
Washington DC                                        Attorneys at Law                              San Francisco

**U.S. Department of Justice**
Immigration and Naturalization Service

Notice of Entry of Appearance
**as Attorney or Representative**

**Appearances** - An appearance may be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re:<br>Sukhwinder SINGH | Date: 12/07/2005 |
| | File No.  A073 546 228 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name:<br>Sukhwinder Singh | ☐ Petitioner     ☐ Applicant<br>☐ Beneficiary |

Address: (Apt. No.)        (Number & Street)        (City)        (State)        (Zip Code)
7883 Scully Court, Manassas, Virginia 20111

| Name: | ☐ Petitioner     ☐ Applicant<br>☐ Beneficiary |

Address: (Apt. No.)        (Number & Street)        (City)        (State)        (Zip Code)

*Check Applicable Item(s) below:*

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
FCE  -  New York            Court of Appeals          and am not under a court or administrative agency
TKR  -  Maryland            Court of Appeals
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS<br>Elliot & Mayock<br>1629 K Street, N.W., Suite 1250<br>Washington, D.C. 20006 |
| NAME (Type or Print) Thomas A. Elliot<br>Fabienne Chatain<br>Thomas K. Ragland | TELEPHONE NUMBER<br>202-429-1725 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

_____
*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
| Sukhwinder Singh | SUKH winder SiB | 12/07/2005 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br><br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Robert Schofield<br>ADD - Examinations<br>CIS<br>2675 Prosperity Avenue<br>Fairfax, Virginia 22031 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>US CITIZENSHIP AND IMMIGRATION SERVICES<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 0071 5389 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No. 5243

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7005 1820 0004 0071 5389

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

**Dottie**

| | |
|---|---|
| **From:** | Dottie |
| **Sent:** | Monday, June 05, 2006 8:28 AM |
| **To:** | 'Howard, Phyllis ' |
| **Cc:** | Thomas Elliot |
| **Subject:** | Sukhwinder SINGH, CIS File No. A73 546 228 |

Dear Ms. Howard:

   Mr. Singh had his I-130/245 interview before Ms. June Williams on January 16, ***2003***.  He has had his fingerprints taken two times since that date.  Each time that his case is checked by our AILA liaison, we are advised that his fingerprint check is still pending.

   Inasmuch as it has been ***over three years*** since his I-130/245 interview, please advise me when a final decision will be made in this matter.

   Thank you for your assistance in this matter.

                                        Sincerely yours,


                                        Thomas A. Elliot

**Dottie**

| | |
|---|---|
| **From:** | Howard, Phyllis [Phyllis.Howard@dhs.gov] |
| **Sent:** | Tuesday, June 06, 2006 5:03 PM |
| **To:** | Dottie |
| **Cc:** | Thomas Elliot |
| **Subject:** | RE: Sukhwinder SINGH, CIS File No. A73 546 228 |

Hello,

I am checking with the support unit regarding this case. Your client has an arrest record. I'll get back with you by the end of the week.

Phyllis

-----Original Message-----
**From:** Dottie [mailto:dottie@elliotlaw.com]
**Sent:** Monday, June 05, 2006 8:28 AM
**To:** Howard, Phyllis
**Cc:** Thomas Elliot
**Subject:** Sukhwinder SINGH, CIS File No. A73 546 228

Dear Ms. Howard:

Mr. Singh had his I-130/245 interview before Ms. June Williams on January 16, *2003*. He has had his fingerprints taken two times since that date. Each time that his case is checked by our AILA liaison, we are advised that his fingerprint check is still pending.

Inasmuch as it has been ***over three years*** since his I-130/245 interview, please advise me when a final decision will be made in this matter.

Thank you for your assistance in this matter.

Sincerely yours,

Thomas A. Elliot

6/7/2006

## Dottie

| | |
|---|---|
| **From:** | Dottie |
| **Sent:** | Tuesday, June 20, 2006 9:22 AM |
| **To:** | 'Howard, Phyllis ' |
| **Cc:** | Thomas Elliot |
| **Subject:** | Sukhwinder SINGH, CIS File No. A73 546 228 |

Dear Ms. Howard:

    You advised in your previous e-mail dated June 6, 2006 that you would provide me with an update on the status of the permanent residence application on behalf of my above-named client, who was interviewed by Ms. June Williams on January 16, *2003*.  Therefore, kindly provide me with an update on his case.

    If Mr. Singh needs to have his fingerprints updated, please provide me with an appointment notice so that he can have his fingerprints taken as soon as possible

    Thank you for your kind assistance in this matter.

Sincerely yours,

Thomas A. Elliot


**e&m**
Elliot & Mayock LLP

July 5, 2006

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Examinations Section
Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, Virginia 22031

      Re:    Sukhwinder SINGH
             CIS File No. A073 546 228
             Our File No. 5243

Dear Sir/Madam:

      Reference is made to the case of my above-named client, whose permanent residence application is pending with your office.  Please update your records to reflect Mr. Singh's new address:

      Mr. Sukhwinder Singh
      7297 Tinsley Way
      Manassas Park, Virginia 20111
      (H) 703-330-1332

      Please advise me when a final decision will be made on Mr. Singh's pending permanent residence application.  Thank you.

      Sincerely yours,


      THOMAS A. ELLIOT

TAE/des
cc: Mr. Sukhwinder Singh

IMMIGRATION & NATIONALITY LAW                    emvisa.com
1629 K Street, NW, 12th Floor, Washington DC 20006-1641    tel (202) 429-1725    fax (202) 452-0161    infodc@emvisa.com
Washington, DC                      Attorneys at Law                   San Francisco

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Examinations Section<br>CIS<br>2675 Prosperity Avenue<br>Fairfax, Virginia 22031 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0002 6597 3073 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

NO VA 220

06 JUL 2006  PM 4 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No. 5243

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7005 1160 0002 6597 3073

PS Form 3800, June 2002

## Dottie

| | |
|---|---|
| **From:** | Howard, Phyllis [Phyllis.Howard@dhs.gov] |
| **Sent:** | Tuesday, June 20, 2006 5:27 PM |
| **To:** | Dottie |
| **Cc:** | Thomas Elliot |
| **Subject:** | RE: Sukhwinder SINGH, CIS File No. A73 546 228 |

Hello,

This case is still pending background checks. Sorry, there is nothing that I can do further on this case.

Phyllis


-----Original Message-----
**From:** Dottie [mailto:dottie@elliotlaw.com]
**Sent:** Tuesday, June 20, 2006 9:22 AM
**To:** Howard, Phyllis
**Cc:** Thomas Elliot
**Subject:** Sukhwinder SINGH, CIS File No. A73 546 228

Dear Ms. Howard:

You advised in your previous e-mail dated June 6, 2006 that you would provide me with an update on the status of the permanent residence application on behalf of my above-named client, who was interviewed by Ms. June Williams on January 16, *2003*. Therefore, kindly provide me with an update on his case.

If Mr. Singh needs to have his fingerprints updated, please provide me with an appointment notice so that he can have his fingerprints taken as soon as possible.

Thank you for your kind assistance in this matter.

Sincerely yours,



Thomas A. Elliot





### U.S. Citizenship and Immigration Services

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

Print This Page | Back

## U.S. Citizenship and Immigration Services
## Washington DC Processing Dates
## Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Washington DC** Posted September 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | October 29, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 29, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 30, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | November 19, 2006 |
| N-600 | Application for Certification of Citizenship | May 01, 2007 |

Print This Page      Back

**09-19-2007 11:04 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0003; Exp. 10/31/04

# Alien's Change of Address Card

| NAME (Last in CAPS) | (First) | (Middle) | I AM IN THE UNITED STATES AS: |
|---|---|---|---|

SINGH          Sukhwinder

☐ Visitor   ☐ Permanent Resident
☐ Student   ☐ Other . . . . . . . .          (Specify)

| COUNTRY OF CITIZENSHIP | DATE OF BIRTH | COPY NUMBER FROM ALIEN CARD |
|---|---|---|

India                    04/04/1957          **A** 073 546 228

| PRESENT ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|

2350 Ferguson Road, Mansfield, Ohio 44906

(IF ABOVE ADDRESS IS TEMPORARY) I expect to remain there _____ years _____ months

| LAST ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|

7297 Tinsley Way, Manassas Park, Virginia 20111

I WORK FOR OR ATTEND SCHOOL AT: (Employer's Name or Name of School)

| (Street Address or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|

| PORT OF ENTRY INTO U.S. | DATE OF ENTRY INTO U.S. | IF NOT A PERMANENT RESIDENT, MY STAY IN THE U.S. EXPIRES ON: (Date) |
|---|---|---|

Montreal, Canada          08/25/1987

SIGNATURE                  DATE          03/13/2007

Thomas A. Elliot, Esquire

AR-11 (Rev. 11/07/02)Y

## ALIEN'S CHANGE OF ADDRESS CARD

This card is to be used by all aliens to report change of address within 10 days of such change.

The collection of this information is required by Section 265 of the I&N Act (8 U.S.C. 1305). The data used by the Immigration and Naturalization Service for statistical and record purposes and may be furnished to federal, state, local and foreign law enforcement officials. Failure to report is punishable by fine or imprisonment and/or deportation.

This card is not evidence of identity, age, or status claimed.

**Public Reporting Burden.** Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. This collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including for reducing this burden to: Immigration and Naturalization Service, 425 I Street, N.W., Room 4034, Washington, DC 20536; OMB No. 1115-0003. *Do not mail your completed form to this address.* MAIL YOUR FORM TO THE ADDRESSES SHOWN BELOW:

For regular US Postal Service:

U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Change of Address
P.O. Box 7134
London, KY  40742-7134

For overnight mailings, only:

U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Change of Address
1084-I South Laurel Road
London, KY  40744

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>USDOJ CIS<br>Change of Address<br>P.O. Box 7134<br>London, KY 40742-7134 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 1 5 2007 |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0004 6962 5174 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

C067    No.: 5243

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0003; Exp. 10/31/04
# Alien's Change of Address Card

| NAME (Last in CAPS) | (First) | (Middle) | I AM IN THE UNITED STATES AS: |
|---|---|---|---|
| SINGH | Sukhwinder | | ☐ Visitor   ☐ Permanent Resident<br>☐ Student   ☐ Other . . . . . . . . (Specify) |

| COUNTRY OF CITIZENSHIP | DATE OF BIRTH | COPY NUMBER FROM ALIEN CARD |
|---|---|---|
| India | 04/04/1957 | **A** 073 546 228 |

| PRESENT ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 7297 Tinsley Way, Manassas Park, Virginia 20111 | | | | |

(IF ABOVE ADDRESS IS TEMPORARY) I expect to remain there _____ years _____ months

| LAST ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 7883 Scully Court, Manassas, Virginia 20111 | | | | |

I WORK FOR OR ATTEND SCHOOL AT: (Employer's Name or Name of School)

| (Street Address or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|
| | | | |

| PORT OF ENTRY INTO U.S. | DATE OF ENTRY INTO U.S. | IF NOT A PERMANENT RESIDENT, MY STAY IN THE U.S. EXPIRES ON: (Date) |
|---|---|---|
| Montreal, Canada | 08/25/1987 | |
| SIGNATURE | DATE | |
| | 07/05/2006 | |

Thomas A. Elliot, Esquire

AR-11 (Rev. 11/07/02)Y

## ALIEN'S CHANGE OF ADDRESS CARD

This card is to be used by all aliens to report change of address within 10 days of such change.

The collection of this information is required by Section 265 of the I&N Act (8 U.S.C. 1305). The data used by the Immigration and Naturalization Service for statistical and record purposes and may be furnished to federal, state, local and foreign law enforcement officials. Failure to report is punishable by fine or imprisonment and/or deportation.

This card is not evidence of identity, age, or status claimed.

**Public Reporting Burden.** Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. This collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including for reducing this burden to: Immigration and Naturalization Service, 425 I Street, N.W., Room 4034, Washington, DC 20536; OMB No. 1115-0003. *Do not mail your completed form to this address.* MAIL YOUR FORM TO THE ADDRESSES SHOWN BELOW:

| For regular US Postal Service: | For overnight mailings, only: |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>Immigration and Naturalization Service<br>Change of Address<br>P.O. Box 7134<br>London, KY 40742-7134 | U.S. DEPARTMENT OF JUSTICE<br>Immigration and Naturalization Service<br>Change of Address<br>1084-I South Laurel Road<br>London, KY 40744 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X        ☐ Agent<br>        ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>USDOJ<br>CIS<br>Change of Address<br>P.O. Box 7134<br>London, KY 40742-7134 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUL 11 2006<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1160 0002 6597 3066 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No. 5243
C067

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7005 1160 0002 6597 3066

OMB No. 1115-0003; Exp. 10/31/04

Department of Justice
Immigration and Naturalization Service

# Alien's Change of Address Card

| NAME (Last in CAPS) | (First) | (Middle) | I AM IN THE UNITED STATES AS: |
|---|---|---|---|
| | | | ☐ Visitor   ☐ Permanent Resident |
| SINGH | Sukhwinder | | ☐ Student   ☒ Other .       .   (Specify) |

| COUNTRY OF CITIZENSHIP | DATE OF BIRTH | COPY NUMBER FROM ALIEN CARD |
|---|---|---|
| India | 04/04/1957 | A 73 546 228 |

| PRESENT ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 7883 Scully Court, Manassas, Virginia 20111 | | | |

(IF ABOVE ADDRESS IS TEMPORARY) I expect to remain there _____ years _____ months

| LAST ADDRESS | (Street or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 8479 Misty Blue Court, Springfield, Virginia 22153 | | | |

I WORK FOR OR ATTEND SCHOOL AT: (Employer's Name or Name of School)

| (Street Address or Rural Route) | (City or Post Office) | (State) | (ZIP Code) |
|---|---|---|---|

| PORT OF ENTRY INTO U.S. | DATE OF ENTRY INTO U.S. | IF NOT A PERMANENT RESIDENT, MY STAY IN THE U.S. EXPIRES ON: (Date) |
|---|---|---|
| SIGNATURE  *Sukhwinder Singh* | DATE  12/11/03 | |

FINGERPRINT IDENTIFICATION NUMBER (FIN):

AR-11 SR (Rev. 11-15-02)Y

# SPECIAL REGISTRATION
## ALIEN'S CHANGE OF ADDRESS CARD

This card is to be used by all aliens to report change of address within 10 days of such change.

The collection of this information is required by Section 265 of the I&N Act (8 U.S.C. 1305). The data used by the Immigration and Naturalization Service for statistical and record purposes and may be furnished to federal, state, local and foreign law enforcement officials. Failure to report is punishable by fine or imprisonment and/or deportation.

This card is not evidence of identity, age, or status claimed.

**Public Reporting Burden.** Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. This collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including for reducing this burden to: Immigration and Naturalization Service, 425 I Street, N.W., Room 4034, Washington, DC 20536; OMB No. 1115-0003. *Do not mail your completed form to this address.* **MAIL YOUR FORM TO THE ADDRESS SHOWN BELOW:**

For regular US Postal Service :

U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Change of Address - Special Registration
P.O. Box 7134
London, KY  40742-7134

For overnight mailings only:

U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Change of Address - Special Registration
1084-I South Laurel Road
London, KY  40744

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>USDOJ-CIS<br>Change of Address<br>P.O. Box 7134<br>London, Kentucky 40742-7134 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>USPS - 40741 |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1010 0003 3276 9361 |

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

40742+7134

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Thomas A. Elliot, Esquire
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006

No.5243

67

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | | |
|---|---|---|---|
| | Postage | $ | |
| | Certified Fee | | Postmark<br>Here |
| | Return Reciept Fee<br>(Endorsement Required) | | |
| | Restricted Delivery Fee<br>(Endorsement Required) | | |
| | Total Postage & Fees | $ | |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7003 1010 0003 3276 9361