# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHWINDER SINGH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director, )<br>United States Citizenship & Immigration )<br>Services, et al., )<br>)<br>Defendants. )<br>) | Case Number: 1:07CV1705 (RMU) |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Emilio T. Gonzalez, et al., through undersigned counsel, hereby request that the Court grant Defendants a 24-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due December 20, 2007. Defendants' answer currently is due November 26, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff via electronic mail on Friday November 16, 2007, in an effort to obtain Plaintiff's position on this motion. However counsel for Plaintiff had not responded as of the time this motion was filed.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff Sukhwinder Singh and a related form I-130 filed on his behalf by Plaintiff Balwinder Kaur (Singh's spouse). Plaintiffs filed a mandamus complaint asking the Court to compel USCIS to complete adjudication of the I-485 and I-130 petition.

Defendants wish to answer the Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiffs' factual allegations and the facts that support any defense Defendants may raise, including the status of the adjudication of the immigration applications and Defendants' investigation into Plaintiffs' eligibility to receive those immigration benefits. Counsel for Defendants has made a good faith effort to complete that process in advance of the current deadline. However, as of today, there are outstanding factual questions that must be answered before Defendants' response can be completed. Accordingly, counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading. An enlargement of time also would allow Defendants to determine whether this case can be resolved administratively, thereby avoiding potentially unnecessary litigation.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 24 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: November 19, 2007             Respectfully submitted,

                                            /s/      By RMM
                                     JEFFREY A. TAYLOR, D.C. BAR # 498610
                                     United States Attorney

                                            /s/      By RMM
                                     RUDOLPH CONTRERAS, D.C. BAR #434122
                                     Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of November, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas Elliot
Elliot & Mayock
Suite 120, 1629 K Street NW
Washington, DC 20006

                                        /s Robin M. Meriweather
                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUKWHINDER SINGH, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case Number:  1:07CV1705 (RMU) |
| EMILIO T. GONZALEZ, Director,<br>United States Citizenship & Immigration<br>Services, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by December 20, 2007.

SO ORDERED.

_____
United States District Judge