UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKWHINDER SINGH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director, United States )<br>Citizenship & Immigration Services, et al. )<br>)<br>Defendants. )<br>) | No. 1:07CV01705 (RMU) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

*[signature] 12/7/2007*
Thomas Elliot
Fabienne Chatain
Elliot & Mayock
Suite 120, 1629 K Street NW
Washington, DC 20006

*Counsel for Plaintiffs*

Dated: December 6, 2007

Respectfully submitted,

*[signature]*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

*[signature]*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

*/s/ M Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*